JOANNA P. SHERIDAN (CABN 260090)
J.P. SHERIDAN LAW
601 Montgomery Street, Suite 850
San Francisco, CA 94111
(415) 347-2700

Attorney for Defendant
HOWARD NICKLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-356 PJH and 20-062 PJH |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REQUEST TO CONTINUE SENTENCING HEARING OF HOWARD NICKLES |
| v. | |
| HOWARD NICKLES | |
| Defendants. | |

The above captioned cases are currently scheduled for judgment and sentencing on May 6, 2020. Counsel for Mr. Nickles and counsel for the United States jointly request to continue this sentencing hearing to June 3, 2020 at 1:30 pm.

On March 4, 2020 the Governor of the State of California declared a public health emergency throughout the state due to the outbreak of COVID-19. On March 16, 2020, a "shelter in place" order went into effect for much of the Bay Area, and the Court issued General Order 72 stating that appearances before district judges may be waived or postponed, if required by law, with the defendant's consent.

In this matter, Mr. Nickles would like to be present before the Court for his sentencing hearing. Counsel for defendant is informed and believes that on May 6, 2020, only a telephonic appearance would be technologically feasible given the ongoing public health crisis. Therefore, the parties jointly request that Mr. Nickles' sentencing hearing be continued to June 3, 2020 at 1:30 pm.

\\

\\

1     Given that Mr. Nickles has plead guilty in this case, the time-exclusion provisions of the Speedy Trial Act do not apply to the instant request.

    IT IS SO STIPULATED.

DATED: April 15, 2020                    /s/
                                      JOANNA SHERIDAN
                                      Attorney for Defendant, Howard Nickles

DATED: April 15, 2020                    /s/
                                      SAMANTHA SCHOTT BENNETT
                                      Assistant United States Attorney

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS that the ends of justice will be served by the granting of the continuance from May 6, 2020 through June 3, 2020.

Based on these findings, it is hereby ORDERED that the sentencing hearings in these matters be continued to June 3, 2020 at 1:30 pm.

**IT IS SO ORDERED.**

DATED: April 15, 2020

_____
THE HONORABLE PHILLIS J. HAMILTON
United States District Judge